**UNITED STATES DISTRICT COURT**              **EASTERN DISTRICT OF TEXAS**

SAL GUERRERO,                          §
                                       §
          Plaintiff,                   §
                                       §
*versus*                               §          CIVIL ACTION NO. 1:24-CV-00032
                                       §
STATE FARM LLOYDS,                     §
                                       §
          Defendant.                   §
                                       §
                                       §

## ORDER ADOPTING THE REPORT
## AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff Sal Guerrero brought this lawsuit against Defendant State Farm Lloyds alleging breach of contract and the duty of good faith and fair dealing, as well as violations of Chapters 541 and 542 of the Texas Insurance Code and Chapter 17 of the Texas Deceptive Trade Practices Act. (#2.) The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. (#4.) On February 20, 2025, the magistrate judge entered a Report and Recommendation (#15) in which she recommended granting Defendant State Farm Lloyds's Partial Motion for Summary Judgment (#13) seeking dismissal of Plaintiff Sal Guerrero's claims for violations of the duty of good faith and fair dealing, Chapter 541 of the Texas Insurance Code, and Chapter 17 of the Texas Deceptive Trade Practices Act. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available

evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#15) is **ADOPTED**.  Defendant State Farm Lloyds's Partial Motion for Summary Judgment (#13) is **GRANTED**.  Plaintiff Sal Guerrero's claims for violations of the duty of good faith and fair dealing, Chapter 541 of the Texas Insurance Code, and Chapter 17 of the Texas Deceptive Trade Practices Act are **DISMISSED**.

SIGNED at Beaumont, Texas, this 7th day of March, 2025.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE