| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| SAL GUERRERO, | § § § | |
| *Plaintiff*, | § § | |
| versus | § § | CIVIL ACTION NO. 1:24-CV-00032 |
| STATE FARM LLOYDS, | § § § | |
| *Defendant*. | § § § | |

### ACKNOWLEDGMENT OF STIPULATION OF DISMISSAL

On May 19, 2025, Plaintiff Sal Guerrero and Defendant State Farm Lloyds submitted a Stipulation of Dismissal with Prejudice (#23) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in which the parties stipulate to a voluntary dismissal with prejudice of this matter. The stipulation is signed by all parties to the case. *Id.*

The court finds the stipulation to be meritorious. It is therefore **ORDERED** that this matter is **DISMISSED WITH PREJUDICE** pursuant to the parties' Stipulation of Dismissal with Prejudice. Each party is to bear its own cost of court and attorney's fees. The clerk is directed to close the case and deny all pending motions as moot.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 20th day of May, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE